UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**INGRID MAGOFFE, as Personal
Representative of the ESTATE OF
ANTHONY MAGOFFE, et al.,**

     Plaintiffs,

     v.                                                   **CIV. NO. 06-973 MCA/ACT**

**JLG INDUSTRIES, INC., a
Pennsylvania corporation,
et al.**

     **Defendants.**

## MEMORANDUM OPINION AND ORDER

     **THIS MATTER** comes before the Court on Defendant, JLG Industries, Inc.'s [JLG] Motion for Protective Order filed September 11, 2007 [Doc. 64]. JLG is seeking a protective order regarding the deposition of Steven Forgas ["Forgas"], JLG's Rule 30(b)(6) witness and as of October 10, 2007, one of Defendant's expert witnesses. The Court held a telephonic conference on Monday, October 22, 2007, and made the following rulings:

     1.     JLG must produce an expert report of Forgas which includes a list of cases in which he has testified, the opinions he has and basis of his opinions no later than October 30, 2007.

     2.     JLG will produce Forgas for his deposition in Albuquerque for a maximum of five (5) hours.

     3.     JLG does not need to produce any additional documents requested at the Rule 30(b)(6) deposition of Forgas, since JLG has asserted that it has no additional responsive documents.

     4.     The settlement conference will proceed as scheduled on **November 2, 2007,**

however, position papers can be submitted by **October 24, 2007**.

    **IT IS SO ORDERED.**

                                                 **ALAN C. TORGERSON**
                                                 **UNITED STATES MAGISTRATE JUDGE**